UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY MCFARLAND,

        Plaintiff,

Case No. 1:05-CV-673

Hon. Hugh W. Brenneman, Jr.

vs.

WELLS FARGO HOME MORTGAGE, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that defendant's motion for summary judgment (docket no. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.


Dated: September 29, 2006        /s/ Hugh W. Brenneman, Jr.
                                                Hugh W. Brenneman, Jr.
                                                United States Magistrate Judge